*Please Return to [illegible] Holwell, S*
*[illegible handwritten notes]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

-against-

MARTHA STEWART and PETER BACANOVIC,

    Defendants.
------------------------------------------------------------x

03 Civ. 4070 (RJH)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/09
```

## ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on Court Registry Investment System ("CRIS") account number 03-CV-4070, under the case name designation "SEC v. Martha Stewart and Peter Bacanovic," for the amount of $1,689.73 payable to Damasco & Associates, for the payment of the fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "SEC v. Stewart Distribution Fund, 03-CV-4070, Employee Identification Number 26-0182524," and payment identification (*e.g.*, "Tax Administrator fees for 2008 tax return").



RECEIVED
FEB 19
CHAMBERS OF
RICHARD J. HOLWELL

1

2. The Clerk shall send the check by overnight mail to:

> Damasco & Associates LLP
> 700 Monte Vista Lane
> Half Moon Bay, CA 94019
> Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: 3/2/09

_____
UNITED STATES DISTRICT JUDGE